**EXHIBIT A**

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, Charles  McClelland, consent to become a party plaintiff in this action.

6/13/09
DATE

*[signature]*
CLIENT SIGNATURE

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _James Hampton_ consent to become a party plaintiff in this action.

_6-15-2008_
DATE

_[signature]_
CLIENT SIGNATURE